UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL GOMEZ, an individual,
JOSEPH LOWE, an individual,
IAN JOI, an individual, and
ALEJANDRO BAEZ and JOSEPHINE
CARTAGENA, as Co-Representatives
Of the Estate of JAYDEN BAEZ,

    Plaintiffs,

v.      CASE NO.: 6:23-cv-1824-GAP-RMN

SCOTT KOFFINAS, an individual
RAMY YACOUB, an individual
CHRIS A. BLACKMON, in his official
capacity as Sheriff of Osceola County,

    Defendants.
_____/

## NOTICE OF INTERLOCUTORY APPEAL
## BY DEFENDANTS KOFFINAS AND YACOUB

    Notice is hereby given that Scott Koffinas and Ramy Yacoub, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit that portion of the district court's Order (Doc. 168) denying Defendants' Motion for Summary Judgment (Doc. 78) on Plaintiffs' Fourth Amendment claims brought under 42 U.S.C. § 1983, including, but not limited to, the denial of qualified immunity, entered in this action on January 13, 2026.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  22nd  day of January, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Mark E. NeJame, Esquire (*mark@nejamelaw.com*), Stephen J. Calvacca, Esquire (*stephen@nejamelaw.com*), DeLayne D. Penland, Esquire (*delayne@nejamelaw.com*) and Ryan J. Vescio, Esquire (*ryan@enjamelaw.com*), NEJAME LAW, P.A., 189 South Orange Avenue, Suite 1800, Orlando, Florida 32801.

> *s/ Thomas W. Poulton*
> THOMAS W. POULTON, ESQ.
> Florida Bar No.: 83798
> *poulton@debevoisepoulton.com*
> JEFFREY K. GRANT, ESQ.
> Florida Bar No.: 91197
> *grant@debevoisepoulton.com*
> DeBEVOISE & POULTON, P.A.
> Lakeview Office Park, Suite 1010
> 1035 S. Semoran Boulevard
> Winter Park, Florida 32792
> Telephone: 407-673-5000
> Facsimile: 321-203-4304
> Attorneys for Defendants
> Sheriff Blackmon, Koffinas and Yacoub