**No.:   26-10244-F**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

MICHAEL GOMEZ, JOSEPH LOWE,
IAN JOI, and ALEJANDRO BAEZ
and JOSEPHINE CARTAGENA,
as Co-Representatives of the Estate of
JAYDEN BAEZ,

*Plaintiffs-Appellees*,

v.

SCOTT KOFFINAS and RAMY YACOUB,

*Defendants-Appellants*.

Appeal from the United States District Court
For the Middle District of Florida, Orlando Division
No.:  6:23-cv-1824-GAP-RMN

---

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

---

THOMAS W. POULTON, ESQ.
Florida Bar No.:  83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
Attorneys for Defendants-Appellants
Scott Koffinas and Ramy Yacoub

Case No.:   26- 10244-F

*Michael Gomez, et al. vs. Scott Koffinas, et al.*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Alejandro Baez, as Co-Personal Representative  – Plaintiff-Appellee

Christopher A. Blackmon, Sheriff of Osceola County, Florida – Defendant in the case below

Stephen J. Calvacca – Counsel for Plaintiffs-Appellees Michael Gomez, Alejandro Baez, Josephine Cartagena, Estate of Jayden Baez, Ian Joi and Joseph Lowe

Josephine Cartagena, as Co-Personal Representative - Plaintiff-Appellee

Ana Cristina Cuello – Counsel for Defendants Scott Koffinas and Ramy Yacoub in the case below

DeBevoise & Poulton, P.A. – Attorneys for Defendants-Appellants Scott Koffinas and Ramy Yacoub

Estate of Jayden Baez – Plaintiff-Appellee

Florida Sheriffs Risk Management Fund – Liability Coverage for Defendants-Appellants Scott Koffinas and Ramy Yacoub

Michael Gomez – Plaintiff-Appellee

Jeffrey K. Grant –Counsel for Defendants-Appellants Scott Koffinas and Ramy Yacoub

C 1 of 2

Ian Joi – Plaintiff-Appellee

Soctt Koffinas – Defendant-Appellant

Joseph Lowe – Plaintiff-Appellee

Mark E. NeJame – Lead Counsel for Plaintiff-Appellee

NeJame Law, P.A. – Attorneys for Plaintiffs-Appellees Michael Gomez, Alejandro
Baez, Josephine Cartagena, Estate of Jayden Baez, Ian Joi and Joseph Lowe

Honorable Robert M. Norway – Magistrate Judge in the case below

DeLayne D. Penland – Counsel for Plaintiffs-Appellees Michael Gomez, Alejandro
Baez, Josephine Cartagena, Estate of Jayden Baez, Ian Joi and Joseph Lowe

Thomas W. Poulton – Lead Counsel for Defendants-Appellants Scott Koffinas and
Ramy Yacoub

Honorable Gregory A. Presnell – District Judge in the case below

Ryan J. Vescio – Counsel for Plaintiffs-Appellees Michael Gomez, Alejandro Baez,
Josephine Cartagena, Estate of Jayden Baez, Ian Joi and Joseph Lowe

Ramy Yacoub – Defendant-Appellant

Albert J. Yonfa, Jr. – Counsel for Plaintiffs-Appellees

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit
Rules 26.1-1 through 26.1-5, Defendants-Appellants Scott Koffinas and Ramy
Yacoub have no corporations to disclose.

C 2 of 2

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The Parties, by and through undersigned counsel pursuant to Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a), hereby file this Joint Motion for Dismissal with Prejudice, and as grounds would state as follows:

1.    After a successful mediation with the Kinnard Mediation Center, the parties to this matter have settled the case in all respects, and hereby stipulate to the voluntary dismissal of this appeal with prejudice as to all parties and claims in the above-captioned case.

2.    Each party shall bear their own fees and costs.

**WHEREFORE**, the Parties respectfully request that the Court dismiss this appeal, with prejudice, with each party to bear its own fees and costs, and remand the case to the district court.

*s/ DeLayne D. Penland*
DeLAYNE D. PENLAND, ESQ.
Florida Bar No.:  1024836
*delayne@nejamelaw.com*
STEPHEN J. CALVACCA, ESQ.
Florida Bar No.:  561495
*stepehn@nejamelaw.com*
RYAN JAMES VESCIO,  ESQ.
Florida Bar No.:  14032
*ryan@nejamelaw.com*
NEJAME LAW
111 N. Orange Avenue, Suite 1300
Orlando, Florida 32801
Telephone:  407-500-0000
Facsimile:  407-802-1448
Attorneys for Plaintiffs-Appellees

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:   321-203-4304
Attorneys for Defendants-Appellants
Scott Koffinas and Ramy Yacoub

1

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 32(a)(7) of the Federal Rules of Appellate Procedure and 11th Cir. R. 32-4, I hereby certify the Joint Motion for Dismissal With Prejudice with the type-volume limitation of Rule 32(a)(7)(B) in that this Motion contains  126 words, excluding the portions which do not count toward the type-volume limitation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  DeLayne D. Penland, Esq. (*delayne@nejamelaw.com*), Stephen J. Calvacca, Esq. (*stephen@nejamelaw.com*), and Ryan J. Vescio, Esq. (*ryan@nejamelaw.com*), NeJame Law, 111 N. Orange Avenue, Suite 1300, Orlando, FL 32801.

*s/ Thomas W. Poulton*
THOMAS W. POULTON, ESQ.
Florida Bar No.:  83798
*poulton@debevoisepoulton.com*
JEFFREY K. GRANT, ESQ.
Florida Bar No.:  91197
*grant@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
Lakeview Office Park, Suite 1010
1035 S. Semoran Boulevard
Winter Park, Florida 32792
Telephone:  407-673-5000
Facsimile:  321-203-4304
Attorneys for Defendants-Appellants
Scott Koffinas and Ramy Yacoub

2